

# IN THE
# TENTH COURT OF APPEALS

No. 10-24-00017-CR
No. 10-24-00018-CR
No. 10-24-00019-CR
No. 10-24-00020-CR

## IN RE DANA PETTIGREW

**Original Proceeding**

**From the 85th District Court
Brazos County, Texas
Trial Court Nos. 23-01989-CRF-85, 22-03216-CRM-85,
22-02653-CRM-85, 22-04196-CFR-85**

## MEMORANDUM OPINION

The Petition for Writ of Mandamus filed by Dana Pettigrew on January 22, 2024

has been considered by the Court. The Petition for Writ of Mandamus is denied.

STEVE SMITH
Justice

Before Chief Justice Gray
      Justice Johnson, and
      Justice Smith
Petition denied
Opinion issued and filed January 25, 2024
Do not publish
[OT06]

